**Order entered October 24, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00416-CR

## THE STATE OF TEXAS, Appellant

### V.

## ELIZABETH HOSKINS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB07-20056-M**

## ORDER

The Court **REINSTATES** the appeal.

On September 20, 2013, we ordered the trial court to make findings regarding appellee's January 14, 2013 amended motion for new trial, which was not included in the clerk's record. We **ADOPT** the trial court's findings that: (1) the Dallas County Clerk could not locate or produce a file-stamped copy of the amended motion for new trial; and (2) the trial court has included an amended motion for new trial that it determined is an accurate copy of the amended motion for new trial filed on January 14, 2013. *See* TEX. R. APP. P. 34.5(e). The trial court also made a finding that the date on the order granting appellee's motion for new trial was incorrect, as identified by this Court in the September 20, 2013 order, and has signed an order nunc pro tunc that accurately reflects the date the motion for new trial was granted.

Appellee's brief is due within thirty days of the date of this order.

/s/   DAVID EVANS
      JUSTICE